IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Michael Lieber,                                    **CASE NO.** 12-cv-03202

                    Plaintiff,                     ~~(Proposed)~~
                                                   **ORDER GRANTING APPLICATION**
          v.                                       **FOR ADMISSION OF ATTORNEY**
Facebook, Inc., et al.,                            ***PRO HAC VICE***

                    Defendant.
_____/

Richard D. Bernstein                        , whose business address and telephone number is

Willkie Farr & Gallagher LLP
1875 K St. NW, Washington, DC 20006
(202) 303-1000

and who is an active member in good standing of the bar of  the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Facebook and indiv. defendants.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  July 13, 2012

                                        Hon. Maxine M. Cheshey
                                        United States District     Judge